Anne G. Long, Appellant, *v.* Hugh W. Long, Respondent.

Submitted February 26, 1951; decided March 9, 1951.

*William J. Rapp* for motion.

*Leo T. Kissam* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.